IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thy Mao,<br><br>    Petitioner,<br><br>vs.<br><br>Katrina Kane,<br><br>    Respondent. | No. CV-08-065-PHX-FJM<br><br>**ORDER** |

The court has before it petitioner's petition for writ of habeas corpus (doc. 1), respondent's Notice of Filing and Suggestion of Mootness (doc. 8), and the report and recommendation of the United States magistrate judge (doc. 10). No objections have been filed.

Petitioner, an alien, filed his petition on January 11, 2008, challenging his detention awaiting removal from the United States. On February 7, 2008, petitioner was released from confinement on an Order of Supervision and has not responded to respondent's Suggestion of Mootness. Accordingly, **IT IS HEREBY ORDERED** accepting the recommendation of the magistrate judge and **DENYING** the petition (doc. 1) as moot.

DATED this 20th day of May, 2008.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge